DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

GREGORY GOODWIN, SBN 111557
JUSTIN GOODWIN, SBN 299371
LAW OFFICES OF GREGORY J. GOODWIN
P.O. Box 1753
Modesto, CA  95353
Telephone: (209) 527-7650
Facsimile: (209) 527-7872

Attorney for Defendants:
CECILIA and DANIEL CASAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CECILIA CASAS**, as an individual, and dba as "Cindy's #1", **DANIEL CASAS**, as an individual, and dba as "Cindy's #1", **OAKDALE SHOPPING CENTER LLC**, **SOUTHSTAR PM INCORPORATED**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | CASE NO.: 2:15-cv-01176-WBS-CKD <br><br> **STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

1

Plaintiff, CYNTHIA HOPSON, and Defendants, CECILIA CASAS and DANIEL CASAS, respectfully report to the court, that the parties desire to continue the status conference for another thirty (30) days to give Plaintiff enough time to serve all Defendants. The parties stipulate to a continuance of the status conference, currently scheduled for September 28th, 2015, for at least thirty (30) days.

**IT IS HEREBY STIPULATED.**

Dated:  September 14th, 2015                    Respectfully submitted,

                                                                          /s/Daniel Malakauskas_____
                                                                          By: Daniel Malakauskas,
                                                                          Attorney for Plaintiff,
                                                                          CYNTHIA HOPSON


Dated:  September 14th, 2015                    /s/Justin Goodwin_____
                                                                          By; Justin Goodwin, of the,
                                                                          Law Office of Gregory J. Goodwin,
                                                                          Attorneys for Defendants,
                                                                          CECILIA CASAS, and DANIEL CASAS

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

2

## ORDER

**IT IS HEREBY ORDERED**, that the status conference is continued from September 28th, 2015 until **November 9, 2015 at 2:00 p.m.**  A Joint Status Report shall be filed no later than October 26, 2015.

Dated:  September 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION REGARDING CONTINUANCE OF PRETRIAL SCHEDULING CONFERENCE AND ORDER GRANTING THEREOF**

3