DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

GREGORY GOODWIN, SBN 111557
JUSTIN GOODWIN, SBN 299371
LAW OFFICES OF GREGORY J. GOODWIN
P.O. Box 1753
Modesto, CA  95353
Telephone: (209) 527-7650
Facsimile: (209) 527-7872

Attorney for Defendants:
CECILIA and DANIEL CASAS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CECILIA CASAS**, as an individual, and dba as "Cindy's #1", **DANIEL CASAS**, as an individual, and dba as "Cindy's #1", **OAKDALE SHOPPING CENTER LLC**, **SOUTHSTAR PM INCORPORATED**, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 2:15-cv-01176-WBS-CKD** <br><br> **STIPULATED DISMISSAL** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

**STIPULATED DISMISSAL**

1

1    **IT IS HEREBY STIPULATED** by and between the parties in this action through their
2    designated counsel, that this action against Defendants, **Cecilia Casas**, as an individual, and dba
3    as "Cindy's #1", and **Daniel Casas**, as an individual, and dba as "Cindy's #1", be and is hereby
4    dismissed in its entirety, **WITHOUT** prejudice, pursuant to Federal Rules of Civil Procedure
5    41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit
6    and the negotiation and preparation of any agreement entered into by such parties.

**IT IS HEREBY STIPULATED.**

Dated: January 16th, 2016                Respectfully submitted,

                                         /s/Daniel Malakauskas_____
                                         By: Daniel Malakauskas,
                                         Attorney for Plaintiff,
                                         CYNTHIA HOPSON

Dated: January 16th, 2016                /s/Justin Goodwin_____
                                         By; Justin Goodwin, of the,
                                         Law Office of Gregory J. Goodwin,
                                         Attorneys for Defendants,
                                         CECILIA CASAS, and DANIEL CASAS

**STIPULATED DISMISSAL**

2

**ORDER**

**IT IS HEREBY ORDERED**, that this action against Defendants, **Cecilia Casas**, as an individual, and dba as "Cindy's #1", and **Daniel Casas**, as an individual, and dba as "Cindy's #1", be and is hereby dismissed in its entirety, **WITHOUT** prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: January 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL**