1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10
                                    ----oo0oo----
11

12   CYNTHIA HOPSON,                    NO. CIV. 2:15-01176 WBS CKD

13              Plaintiff,

14        v.

15   CECILIA CASAS, as an
     individual, and dba as
16   "Cindy's #1," DANIEL CASAS,
     as an individual, and dba as
17   "Cindy's #1," OAKDALE
     SHOPPING CENTER LLC,
18   SOUTHSTAR PM INCORPORATED,
     and DOES 1-10, inclusive,
19
                Defendants.
20

21                                  ----oo0oo----

22            After receiving notice that the action between the

23   plaintiff and defendants Daniel and Cecilia Casas was dismissed

24   (Docket No. 19) and that plaintiff's counsel is optimistic about

25   settlement with remaining defendants Oakdale Shopping Center LLC

26   and Southstar PM Incorporated if provided additional time, the

27   court will continue the Status (Pretrial Scheduling) Conference

28
                                        1

1   scheduled for January 19, 2016.  If the parties are unable to

2   settle the case by February 19, 2016, they shall contact the

3   assigned magistrate judge's courtroom deputy by phone or email to

4   schedule an early settlement conference, pursuant to the court's

5   November 4, 2015 Order.  (Docket No. 14.)  The early settlement

6   conference shall be conducted no later than March 18, 2016.

7   Contact information for the assigned magistrate judge is

8   available at www.caed.uscourts.gov under the "Judges" tab.

9        Each party is ordered to have a principal with full

10  settlement authority present at the conference or be fully

11  authorized to settle the matter on any terms.  No later than

12  seven days before the date of the settlement conference, counsel

13  for each party shall submit a confidential Settlement Conference

14  Statement to the settlement judge.  Such statements shall not be

15  filed, but shall be emailed to CKDorders@caed.uscourts.gov.  Upon

16  emailing the Settlement Conference Statement, each party shall e-

17  file a one page document entitled "Notice of Submission of

18  Confidential Settlement Conference Statement."

19       No later than seven days before the date of the early

20  settlement conference, counsel for each party shall file a waiver

21  of disqualification of the assigned magistrate judge pursuant to

22  Local Rule 270(b).  Absent the filing of a waiver of

23  disqualification by each party, the settlement conference will be

24  vacated and reassigned to another magistrate judge.

25       To avoid the unnecessary expenditure of costs and

26  attorneys' fees, this action is hereby stayed pending conclusion

27  of the early settlement conference.  No later than five days

28  after the settlement conference, the parties shall file a joint

                                    2

1   statement indicating whether a settlement was reached.

2          The court hereby resets the Status (Pretrial

3   Scheduling) Conference for April 11, 2016 at 1:30 p.m.  If a

4   settlement is not reached independently or at the early

5   settlement conference, the parties shall submit an Amended Joint

6   Status Report no later than March 28, 2016.

7          IT IS SO ORDERED.

8   Dated:  January 15, 2016

9                                WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3