DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

JOANNA KOZUBAL, SBN 237960
375 Potrero Avenue, #5
San Francisco, CA 94103
Telephone: (415) 864-6962
Facsimile:(650) 636-9791
Email:joanna@kozuballaw.com

Attorney for Defendants:
OAKDALE SHOPPING CENTER LLC, and
SOUTHSTAR PM INCORPORATED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, | **CASE NO.: 2:15-cv-01176-WBS-CKD** |
| PLAINTIFF, | **STIPULATED DISMISSAL** |
| v. | |
| **CECILIA CASAS**, as an individual, and dba as "Cindy's #1", **DANIEL CASAS**, as an individual, and dba as "Cindy's #1", **OAKDALE SHOPPING CENTER LLC**, **SOUTHSTAR PM INCORPORATED**, and DOES 1-10, inclusive, | |
| DEFENDANTS. | |

**LET THIS HONORABLE COURT TAKE NOTICE:**

**STIPULATED DISMISSAL**

1

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action against Defendants, **OAKDALE SHOPPING CENTER LLC**, and **SOUTHSTAR PM INCORPORATED** be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

**IT IS HEREBY STIPULATED.**

Dated: May 24th, 2016                              Respectfully submitted,

                                                   /s/Daniel Malakauskas_____
                                                   By: Daniel Malakauskas,
                                                   Attorney for Plaintiff,
                                                   CYNTHIA HOPSON

Dated: May 24th, 2016                              /s/Joanna Kozubal_____
                                                   By; Joanna Kozubal, of the,
                                                   Attorneys for Defendants,
                                                   OAKDALE SHOPPING CENTER LLC,
                                                   and SOUTHSTAR PM INCORPORATED

**STIPULATED DISMISSAL**

2

1
2                                       **ORDER**
3
4        **IT IS HEREBY ORDERED**, that this action against Defendants, **OAKDALE**
5  **SHOPPING CENTERL LLC**, and **SOUTHSTAR PM INCORPORATED** be and is hereby
6  dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure
7  41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit
8  and the negotiation and preparation of any agreement entered into by such parties.
9  Dated: May 24, 2016

10                              _William B. Shubb_
                                WILLIAM B. SHUBB
11                              UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL**

3